■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEFFREY ROCKEFELLER, Appellant, v SUPERINTENDENT, AUBURN COR-RECTIONAL FACILITY, Respondent. [964 NYS2d 55]—Appeal dismissed as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment [denominated order] of Supreme Court, Cayuga County, Mark Fandrich, A.J.—Habeas Corpus.) Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES STRAUSS, Appellant, v NEW YORK STATE DEPARTMENT OF COR-RECTIONAL SERVICES, Respondent. [964 NYS2d 55]—Appeal dismissed as moot. Counsel's motion to be relieved of assign-ment granted. (Appeal from Judgment of Supreme Court, Wyo-ming County, Mark H. Dadd, A.J.—CPLR article 78.) Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.